No. 469. FOSTER, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE.

Argued February 2, 1938. Decided February 7, 1938. *Per Curiam:* The judgment is affirmed. *Tyler* v. *United States,* 281 U. S. 497; *Gwinn* v. *Commissioner,* 287 U. S. 224. MR. JUSTICE CARDOZO and MR. JUSTICE REED took no part in the consideration or decision of this case. *Mr. Philip G. Sheehy* for petitioner. *Mr. Andrew D. Sharpe,* with whom *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Norman D. Keller,* and *Lee A. Jackson* were on the brief, for respondent. By

leave of Court, *Mr. W. H. Morrissey* filed a brief on behalf of the San Mateo County Title Co., as *amicus curiae*, in support of petitioner.